IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HEMPFIELD AREA SCHOOL DISTRICT,

    Plaintiff,                               08cv1204

                                     **ELECTRONICALLY FILED**

    v.

INDEPENDENCE EXCAVATING, INC. and
N. JOHN CUNZOLO ASSOCIATES, INC.,

    Defendants.

## Order of Court

And now, this 21st day of October, 2008, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED that:

(1) The Petitioner to Stay Arbitration Action (doc. no. 1-2) is DENIED;

(2) The Court will enforce the arbitration action; and,

(3) This action is stayed and is administratively closed while the parties proceed to arbitration.

                                             s/ Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:    All Registered ECF Counsel and Parties